Shawn Kenneth Stillman
FULL NAME

COMMITTED NAME (if different)

Building 1 cell 150 Box 1905
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Tehachapi . CA    93581   (C.C.I Tehachapi)

F-28051
PRISON NUMBER (if applicable)

FILED

2010 JAN -6 PM 12: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES

BY___

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Shawn Kenneth Stillman

PLAINTIFF,

v.

① mike mason
② Jeremy Dean
③ " scalise
④ Joseph Bustamante
⑤ P. Heusterberg

DEFENDANT(S).

CASE NUMBER

EDCV09-2287 AHM (RZ)

*To be supplied by the Clerk*

### CIVIL RIGHTS COMPLAINT
### PURSUANT TO *(Check one)*
☐ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

LODGED

2009 DEC 17 AM 10: 02
CLERK U.S. DISTRICT COURT
CENTRAL DIST OF CALIF.
LOS ANGELES
BY___

RECEIVED
CLERK, U.S. DISTRICT COURT

DEC 11 2009

CENTRAL DISTRICT OF CALIFORNIA
BY___ DEPUTY

a. Parties to this previous lawsuit:
Plaintiff _____

_____

Defendants _____

_____

b. Court _____

_____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

_____

_____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☑ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☐ No

If your answer is no, explain why not _____

_____

_____

3. Is the grievance procedure completed? ☐ Yes ☑ No

If your answer is no, explain why not _N/A_____

_____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff _Shawn Kenneth Stillman (F-28051)_
(print plaintiff's name)

who presently resides at _CCI Box 1905 Tehachapi, CA 93581_
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

_18856 ½ San Bernardino Ave Bloomington, CA 92316_
(institution/city where violation occurred)

on (date or dates) _Nov. 13 08_ , _Nov 13 08_ , _Nov 13 08_ |_Nov 13 08_ |_Nov 13 08_
(Claim I)              (Claim II)            (Claim III)   claim 4      claim 5

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _Mike Mason   C8781_ resides or works at
(full name of first defendant)
_Rancho Cucamonga Sheriff Station/Rancho Cucamonga, CA_
(full address of first defendant)
_San Bernardino County Sheriff Deputy/multi-Enforcement Gang Team_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law: _while on Duty In Sheriff Vest Mason acted In criminal manner Violating defendants Rights while Representing S.B.S.D._

2. Defendant _Jeremy Dean   C7882_ resides or works at
(full name of first defendant)
_Rancho Cucamonga Sheriff Station/Rancho Cucamonga, CA_
(full address of first defendant)
_San Bernardino County Sheriff Deputy_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law: _while on Duty In uniform officer Dean acted In criminal manner Violating defendants Rights Representing S.B.S.D._

3. Defendant " "  _Scalise_ (Defendant #1's partner) resides or works at
(full name of first defendant)
_Rancho Cucamonga Sheriff Station/Rancho Cucamonga, CA_
(full address of first defendant)
_San Bernardino County Sheriff Deputy/multi-Enforcement Gang Team_
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual ☐ official capacity.

Explain how this defendant was acting under color of law: (Scalise) _while on Duty In uniform officer acted In criminal manner Violating defendants Rights while Representing S.B.S.D._

_S B S D = San Bernardino Sheriff Department_

---

**CIVIL RIGHTS COMPLAINT**

CV-66 (7/97)                                                                 Page 3 of 6

4.   Defendant   Joseph Bustamante B 3055                   resides or works at
     (full name of first defendant)

Rancho Cucamonga Sheriff Station / Rancho Cucamonga, Ca
(full address of first defendant)

SerGeant San Bernardino County Sheriff
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

While on Duty In uniform Representing S.B.S.D. Joseph
Bustamante was In charge of officers who acted In criminal manner.

5.   Defendant   P. Heuster Berg                   resides or works at
     (full name of first defendant)

17005 Upland ave Fontana. Ca 92335
(full address of first defendant)

Fontana P.D.   K-9   officer
(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☑ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

While on Duty In uniform P. Heusterberg Violated my
Rights In a criminal manner w/his actions. Fontana P.D. K-9

**CLAIMS***                                    **CLAIM1**

The following civil right has been violated:

8th amendment "Free From" CRUEL & UNUSUAL punishment
violated when OFFICERS maliciously &
Sadistically Beat & Kicked ME & allowed
K-9 to attack me while handcuffed & Compliant.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

① mike mason - while cuffed, face down on ground & compliant mason kicked & Punched me maliciously & sadistically Just to inflict pain. After I was stand up mason said I'm the one you cutoff (m." F.") In attempt to P.I.T. manuevre, & hit me over the head with large mag Flashlight Inflicting Concussion.

② Jeremy Dean - while cuffed & facedown compliant on ground DEAN stood on my head & mashed In ground. Then when beating started & K-9 "sicked" on me he knelt on head & Punched me continuously.

③ " Scalise - administered kicks & beating along with others Just to Inflict Pain.

④ Joseph Bustamonte - Sergeant responsible for officers actions & allowed malicious & sadistic actions of officers to go unchecked In grossly negligent policy Encouraging illegal acts.

⑤ P. Heusterberg - allowed K-9 to Rip my leg apart while deputies Beat hell out of me while handcuffed face down & compliant I'n dirt. "Had to Reward Dog give him Something to chew on said By officers Jokengly being Sadistic.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT                                    Page 5 of 6

CV-66 (7/97)

**D. CLAIMS***                                   CLAIM 2

The following civil right has been violated:

(14th Amendment)
My Due Process was Violated when officers Decided
To Inflict punishment w/o My Due process of Law/cout.
& also Equal Protection

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

① mike mason - while handcuffed Face down on ground & complaint He kicked & punched ME MALICIOUSLY & SADISTICALLY JUST To Inflict pain, after I was stood up He Then Said I'm the one yw cut off In vehicle While he attempted a P.i.TT. MANUEVRE) Then he hiT ME Shawn Stillman overhead w/ LARGE MAG. Flashlight Inflicting Concussion JUST To Inflict pain.

② Jeremy Dean - while cuffed & Face down & complaint on ground Jeremy Dean 1st mashed my head down In ground by standing on my head Then when beating occured when K-9 was sicked on ME he knelt on head & started punching ME.

③ "Scalise - administered kicks & beating along with other defendants, JUST To Inflict pain.

④ Joseph Bustamante - Sergeant responsible for officers actions & allows malicious & sadistic action of officers To go unchecked. (Grossly negligent) policy encouraging illegal acts.

⑤ P Hesterberg - allowed K-9 To rip my leg apart while Deputies beat hell out of ME while handcuffed. complaint. Face down In Dirt "Had To give Dog Some Kind of reward Something to chew on" said by one of officers.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT                      Page 5 of 6

CV-66 (7/97)

D. CLAIMS*                                CLAIM 3

The following civil right has been violated:

(4th amendment)
was pretrial DETAINEE
IN police custody

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

① mike mason - while handcuffed Face Down on ground & compliant He kicked & punched me maliciously & sadistically Just to inflict pain, after I was stood up He then said I'm the one you cut off In vehicle (while he attempted a P.i.TT. manuevre) Then he hit me shaun stillman overhead w/ (large mag Flashlight Inflicting Concussing Just to Inflict pain.

② Jeremy Dean - while cuffed & Face Down & compliant on ground Jeremy Dean 1st mashed my head down In ground by standing on my head Then when beating occured when K-9 was sicked on me he knelt on head & started punching me a

③ "scalise - administered kicks & beating along with other defendants, Just to Inflict pain.

④ Joseph Bustamonte - sergeant Responsible For officers actions & allows malicious & sadistic actions of officers to go unchecked. (Grossly negligent) Policy encouraging illegal acts.

⑤ P Hesterberg- allowed K-9 to Rip my leg apart while deputies beat hell out of me while handcuffed. compliant. Face down In dirt "Had to give Dog Some Kind of Reward Something to chew on" said by one of officers.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

---

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)                                                          Page 5 of 6

## D. CLAIMS*

CLAIM 4

The following civil right has been violated:

California State Claim (Tort)
assault & Battery
was criminally beaten w/ sadistic & malicious intent
after the handcuffed & compliant.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Mike Mason - while handcuffed face down on ground & compliant he kicked & punched me maliciously & sadistically Just to inflict pain, after I was stood up he then said I'm the one you cut off in vehicle while he attempted a P.i.TT. manuever) Then he hit me Shaun Stilman overhead w/ large mag Flashlight inflicting concussion Just to inflict pain.

2) Jeremy Dean - while cuffed & face down & compliant on ground Jeremy Dean 1st mashed my head down in ground by standing on my head then when beating occured when k-9 was sicked on me he knelt on head & started punching me.

3) "Scalise - administered kicks & beating along with other defendants, Just to inflict pain.

4) Joseph Bustamante - Sergeant responsible for officers actions & allows malicious & sadistic action of officers to go unchecked. (Grossly Negligent) policy encouraging illegal acts. (I filed Tort Through Risk management county of San Bernardino & Denied) 6 month time to file suit

5) P Hesterbeg - allowed k-9 to Rip my leg apart while deputies beat hell out of me while handcuffed - compliant. Face down in dirt. "had to give dog some kind of Reward something to chew on" said by one of officers. I filed Tort on city of Fontana, Denied So.. I was too late.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

**D. CLAIMS***

CLAIM 5

The following civil right has been violated:

"DUE PROCESS CLAUSE"

DUE process Clause was Violated when all Officers Decided To Take Law into Their own hands

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

1) Mike Mason - while handcuffed Face Down on ground & complient He kicked & punched me Maliciously & sadistically Just To inflict pain, after I was stood up He Then said I'm the one yw cut off In Vehicle while he attempted a P.I.TT. manuevre) Then he hit me Shaun Stillman overhead wy large mag flashlight Inflicting Concussion, Just To inflict pain.

2) Jeremy Dean - while cuffed & Face Down & complient on ground Jeremy Dean 1st mashed my head down In ground by standing on my head Then when beating occured when K-9 was sicked on me He knelt on head & started punching me

3) "Scalise - administered kicks & beating along with other defendants, Just To Inflict Pain.

4) Joseph Bustamante - Sergeant Responsible For officers actions & allows malicious & Sadistic action of officers To go unchecked. (Grossly Negligent) Policy Encouraging illegal acts.

5) P Hesterberg - allowed K-9 To Rip my leg apart while Deputies beat hell out of me while handcuffed - complient. Face down In dirt. "Here To give Dog Some kind of Reward Something to chew on" said by one of officers.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

CIVIL RIGHTS COMPLAINT

CV-66 (7/97)

**E. REQUEST FOR RELIEF**

I believe that I am entitled to the following specific relief:

| Compensatory | Nominal | Punitive |
|---|---|---|
| ① Personal Injury — 50,000 | 27,600 | 100,000 |
| ② Pain & Suffering 50,000 | | |
| ③ Physical disability 100,000 | | |
| ④ Inability to perform normal duties 600,000 | | |
| 800,000 | | |

I Believe Im Entitled to — 927,000 dollars

_____Nov. 24 09_____     _____Shan Hitt_____
        *(Date)*                    *(Signature of Plaintiff)*

---

**CIVIL RIGHTS COMPLAINT**





CASE# - 1

STATE PRISON CCI-TEHACHAPI
RFC □ ·□□□ □□□□

Back of Right Leg Thigh

calf

STATE PRISON C/I.TEHACHAPI
RFC ""

110814270

8BE19162

STATE PRISON CCI-TEHACHAPI
REC

8BE19161



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**

District Court Executive
and Clerk of Court

Wednesday, January 06, 2010

**SHAWN K. STILLMAN, F-28051**
**C.C.I./3 YARD BLDG. 1 CELL 150**
**P.O. BOX 1905**
**TEHACHAPI, CA  93581**

Dear Sir/Madam:

A Complaint for Civil Rights was filed today on your behalf and assigned civil case number
EDCV09- 2287 AHM (RZ)

A ☐ Motion for Extension of Time to File Habeas Corpus Petition was filed today on your behalf and
assigned civil case number _____

Please refer to this case number in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

☐ District Court Judge _____

☒ Magistrate Judge ____ **Ralph Zarefsky**_____

at the following address:

☒ U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

☐ Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516

☐ U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA  92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Sincerely,

Clerk, U.S. District Court

By: ____LHORN_____
Deputy Clerk

CV-19 (04/01)                    **LETTER re FILING CIVIL RIGHTS COMPLAINT**