O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN KENNETH STILLMAN,<br><br>   Plaintiff,<br><br>vs.<br><br>MIKE MASON, ET AL.,<br><br>   Defendants. | CASE NO. ED CV 09-02287 AHM (RZ)<br><br>ORDER ACCEPTING FIRST INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the First Interim Report and Recommendation of United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendations in the First Interim Report.

DATED: 5/6/10

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE