O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWN KENNETH STILLMAN, | ) | CASE NO. ED CV 09-02287 AHM (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| MIKE MASON, JEREMY DEAN, SCALISE, JOSEPH BUSTAMANTE, P. HEUSTERBERG, | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the Report and its findings and recommendations, and –

(1) grants Defendant Heusterberg's motion for partial summary adjudication;

(2) dismisses Claims 1, 4 and 5 with prejudice; and

///
///
///
///
///

```
 1          (3)   withdraws the reference of this case to the undersigned Magistrate
 2   Judge.
 3
 4   DATED: September 22, 2011
 5
 6                                          _____
 7                                                    A. HOWARD MATZ
                                            UNITED STATES DISTRICT JUDGE
```