**RINOS & MARTIN, LLP**
LINDA B. MARTIN, ESQ. - SBN 105445
A. MICHAEL SABONGUI, ESQ. - SBN 172008
17822 17th Street, Suite 401
Tustin, California 92780
Telephone: (714) 734-0400
Facsimile: (714) 734-0480
E-Mail: firm@rmlaw.org

JS-6

Attorneys for Defendant, PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG)

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES JURISDICTION

| | |
|---|---|
| SHAWN KENNETH STILLMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MIKE MASON, JEREMY DEAN SCALISE, JOSEPH BUSTAMANTE, P. HEUSTERBERG,<br><br>    Defendants. | CASE NO: EDCV 09-02287-AHM (RZ)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Honorable District Judge A. Howard Matz<br>Honorable Magistrate Judge Ralph Zarefsky<br>Complaint Filed: January 6, 2010<br><br>ORDER OF DISMISSAL OF DEFENDANTS PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG); DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE AND SUBSTITUTION OF DEFENDANT CITY OF FONTANA AND COUNTY OF SAN BERNARDINO |

WHEREAS, plaintiff SHAWN KENNETH STILLMAN, the CITY OF FONTANA, on behalf of PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG), and COUNTY OF SAN BERNARDINO, on behalf of defendants DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY

1

ORDER OF DISMISSAL OF DEFENDANTS PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG); DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE AND SUBSTITUTION OF DEFENDANT CITY OF FONTANA AND COUNTY OF SAN BERNARDINO

ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE, (collectively, the "Parties"), participated in a Settlement Conference before Honorable District Judge Victor E. Bianchini on May 4, 2012.

WHEREAS, the Parties reached a voluntary settlement of the entire action;

WHEREAS, the Parties' settlement agreement is documented by the Settlement Agreement and Release, a copy of which is attached hereto as Exhibit A;

WHEREAS, the Settlement Agreement and Release provides, in part, that the parties further agree that PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG); DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE shall be dismissed forthwith as a defendants, and that the CITY OF FONTANA and COUNTY OF SAN BERNARDINO shall be substituted in as a defendants;

IT IS HEREBY ORDERED, that PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG); DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE are dismissed as defendants and that the CITY OF FONTANA is substituted in as defendant for PATRICK HEUSTERBERG's (Erroneously sued and served herein as P. HEUSTERBERG) and COUNTY OF SAN BERNARDINO is substituted in as defendant for DEPUTY MIKE MASON; DEPUTY JEREMY DEAN;

DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE's place for purposes of carrying out the terms of the settlement.

Dated: June 12, 2012

_____
Honorable District Judge A. Howard Matz

JS-6

# EXHIBIT "A"

## SETTLEMENT AGREEMENT and RELEASE

**FOR AND IN CONSIDERATION** of the payment to the undersigned, Shawn Kenneth Stillman, at this time for the total sum of Ten Thousand Dollars and No/Cents - $10,000.00 ($5,000.00 on behalf of City of Fontana and $5,000.00 on behalf of the County of San Bernardino) on behalf of the City of Fontana and County of San Bernardino, only. The undersigned, on behalf of himself/herself and his/her heirs, executors, wards, administrators, officers, directors, shareholders, agents, successors-in-interest, attorneys and assigns, does hereby **RELEASE, ACQUIT,** and forever **DISCHARGE** the CITY OF FONTANA; COUNTY OF SAN BERNARDINO; PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG); DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE, and each of their agents, employees, heirs, executors, administrators, successors-in-interest, officers, directors, shareholders, attorneys, insurers, and assigns (hereinafter individually and collectively designated as the "Releasees") of and from any and all past, present, and future rights, actions, causes of action, claims, demands, damages, costs, losses, expenses, and compensation, including, but not limited to, those for wrongful death or bad faith or on account of, or in any way arising out of, any and all known and unknown injuries and damages of any nature resulting, or to result from, or by reason of any act and/or omission on the part of the Releasees occurring at any time prior hereto, including, but not limited to, as alleged and contended in that certain action filed in the United States District Court - Central District bearing case number EDCV 09-02287 AHM (RZx) entitled Shawn Kenneth Stillman v. Mike Mason, et al..

It is understood and agreed that the undersigned waives all rights under Section 1542 of the Civil Code of California which provides as follows:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor.

For the protection of the undersigned, California law requires the following to appear on this form -- Section 556, Insurance Code, reads as follows: It is unlawful to:

> (a) Present or cause to be presented any false or fraudulent claim for the payment of a loss under a contract of insurance.
> (b) Prepare, make, or subscript any writing, with intent to present or use the same, or to allow it to be presented or used in support of any such claim.
> Every person who violates any provision of this section is punishable by imprisonment in the State prison not exceeding three years, or by fine not exceeding one thousand dollars, or by both.

In making this Agreement and release, it is understood and agreed that the undersigned relies wholly on his/her judgment, belief, and knowledge of the nature, extent, and duration of alleged damages and injuries, and that the undersigned has not been influenced to any extent in making this Agreement and release by any representations or statements regarding alleged damages or injuries or regarding any other matter made by the persons, firms, entities or corporations which are hereby released or by any person or persons representing them or any of them.

In making this Agreement and release, it is understood and agreed that the undersigned, on behalf of himself/herself and his/her heirs, executors, wards, administrators, agents, officers, directors, shareholders, successors in interest, attorneys and assigns, acknowledges and agrees that the Releasees have at all times pertinent hereto negotiated, bargained, and settled this matter in good faith and have, at all times pertinent hereto, conducted themselves in good faith. Therefore, the undersigned, on behalf of himself/herself and his/her heirs, executors, wards, administrators, agents, officers, directors, shareholders, successors in interest, attorneys, and assigns,

specifically waives and relinquishes any and all rights, actions, causes of action, claims, demands, costs, losses, expenses, and claims for compensation against releasees.

The undersigned hereby authorizes and directs his/her attorney (if he/she has one) to dismiss forthwith all causes of action, with prejudice, in the aforementioned legal action bearing case number EDCV 09-02287 AHM (RZx).

It is understood and agreed that this settlement involves a compromise of a doubtful and disputed claim. Neither this Agreement nor any payment of a sum of money in connection herewith shall constitute or be deemed or construed as an admission of liability on the part of the Releasees, by whom liability is expressly denied.

The undersigned hereby represents and warrants that he/she has not heretofore assigned or transferred or purported to assign or transfer any claim, demand, action, cause of action or right herein released or discharged.

The undersigned, on behalf of his/her heirs, executors, wards, administrators, agents, officers, directors, shareholders, successors in interest, and assigns, does hereby expressly stipulate and agree, in consideration of the aforesaid payment, to indemnify, defend, and hold harmless the Releasees, and each of them, against any loss from any and all further claims, demands or actions, including, but not limited to, those for workers' compensation, wrongful death, and bad faith which may hereinafter, or at any time, be made or brought against the Releasees by the undersigned, by anyone on behalf of the undersigned or by anyone claiming an assignment from the undersigned for the purpose of enforcing further claims for money, damages or injuries allegedly sustained in consequence of or resulting from any of the circumstances set forth in the aforementioned legal action, bearing case number EDCV 09-02287 AHM (RZx).

The undersigned represents and warrants that he/she has the right, power, legal capacity, and authority to enter into and perform the obligations under this Agreement, on his/her own behalf and on behalf of anyone he/she represents as a guardian or guardian ad litem, and that no further approval or consent of any person or entity is necessary for it to enter into and perform such obligations.

The undersigned represents and warrants that he/she shall do all acts and execute and deliver all documents necessary, convenient or desirable to effect all provisions of this Agreement.

If any provision of this Agreement is determined by a court of competent jurisdiction to be illegal or unenforceable, said provision shall be deemed to be severed and deleted and neither such provision, its severance or deletion shall affect the validity of the remaining provisions of this Agreement.

If any action or proceeding is brought for the enforcement of this Agreement or for a declaration of rights and duties hereunder or because of an alleged dispute, breach, default or misrepresentation in connection with any provision of this Agreement, the successful or prevailing party shall be entitled to recover actual attorneys' fees and other costs incurred in connection with that action or proceeding, in addition to any other relief to which the party may be entitled.

This Agreement shall not be construed against the party or its representative who drafted this Agreement or any portion hereof.

This Agreement shall bind and inure to the benefit of the undersigned and his/her heirs, executors, wards, administrators, agents, officers, directors, shareholders, successors in interest, and assigns.

This release and Agreement is and shall be subject to, governed by, and construed and enforced pursuant to the laws of the state of California.

This release and Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original and all of which together shall be deemed to be one and the same instrument.

This release and Agreement is being entered into in good faith by all parties and was negotiated through arms-length bargaining.

All parties hereto agree to bear their own costs in connection with the litigation referred to herein.

The terms of this release and Agreement are contractual and not a mere recital.

The order in which the paragraphs appear in this Agreement has no significance whatsoever.

This release and Agreement is the entire agreement between the parties hereto with respect to the subject matter hereof and supersedes all prior and contemporaneous oral and written agreements and discussions. This release and Agreement may be amended only upon an agreement in writing.

The use of the masculine gender herein is to be construed to include the feminine and the neuter where applicable.

The use of the singular herein is to be construed to include the plural where applicable.

The CITY OF FONTANA and COUNTY OF SAN BERNARDINO shall attempt to make payment to plaintiff of the agreed sum as soon as reasonably possible, not to exceed 120 days of the signing of this Agreement.

The parties further agree that PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG); DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE shall be dismissed forthwith as defendants, and that CITY OF FONTANA shall be substituted in as defendant for PATRICK HEUSTERBERG (Erroneously sued and served herein as P. HEUSTERBERG) and COUNTY OF SAN BERNARDINO shall be substituted in as defendant for DEPUTY MIKE MASON; DEPUTY JEREMY DEAN; DEPUTY ANTHONY SCALISE; and SERGEANT JOE BUSTAMANTE.

**DO NOT SIGN UNTIL READ AND FULLY UNDERSTOOD**

DATED:

May 4th 2012

May 4th 2012

*Shawn Stillman*
SHAWN KENNETH STILLMAN – Printed Name
Plaintiff in Pro Per

*[signature]*
SHAWN KENNETH STILLMAN – Signed Name
Plaintiff in Pro Per

5/4/12

LINDA B. MARTIN

LINDA B. MARTIN, ESQ. – Printed Name
Attorneys for Defendants City of Fontana and Patrick Heusterberg (Erroneously sued and served herein as P. Heusterberg)

5/4/12

*[signature]*

LINDA B. MARTIN, ESQ. – Signed Name
Attorneys for Defendants City of Fontana and Patrick Heusterberg (Erroneously sued and served herein as P. Heusterberg)

5-4-12

James H. Thebeau

JAMES H. THEBEAU, ESQ. – Printed Name
Attorneys for Defendants County of San Bernardino; Deputy Mike Mason; Deputy Jeremy Dean; Deputy Anthony Scalise; and Sergeant Joe Bustamante

5-4-12

*[signature]*

JAMES H. THEBEAU, ESQ. – Signed Name
Attorneys for Defendants County of San Bernardino; Deputy Mike Mason; Deputy Jeremy Dean; Deputy Anthony Scalise; and Sergeant Joe Bustamante

WITNESS:

_____